**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 3:23-cv-00334 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| DC Wireless and Smoke Shop LLC., et al. | : | |
| Defendant. | : | |

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants DC Wireless and Smoke Shop, LLC., dba DC Wireless & Smoke Shop, and Murad Abuhilal are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendants DC Wireless and Smoke Shop, LLC., dba DC Wireless & Smoke Shop, and Murad Abuhilal on this 5th day of March 2024.

Sophia R. Bryant, Deputy Clerk

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO