**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

GS HOLISTIC, LLC,

Plaintiff, : Case No. 3:23-cv-334

District Judge Walter H. Rice
- vs - Magistrate Judge Michael R. Merz

DC WIRELESS AND SMOKE SHOP LLC, et al.,

Defendants. :

# ORDER TO SHOW CAUSE

This case is before the Court *sua sponte* to monitor case progress.

On April 5, 2024, the Clerk entered the default of both Defendants on Order of the Court upon granting Plaintiff's Motion for that result (ECF Nos. 7, 8, 9). Nothing has occurred in the case since then. In particular, Plaintiff has not moved for default judgment.

Accordingly, it is hereby ORDERED that Plaintiff show cause not later than August 1, 2024, why this case should not be dismissed for want of prosecution.

July 8, 2024.

s/ *Michael R. Merz*
United States Magistrate Judge